86 P.3d 1001

# SUPREME COURT OF HAWAI'I

**February 26, 2004**

| 23159 | State v. Kobashigawa | Affirmed |
|-------|----------------------|----------|

**March 16, 2004**

| 25425 | State v. Johnson | Vacated and Remanded |
|-------|------------------|----------------------|

**March 22, 2004**

| 23478 | Halloran v. State | Affirmed |
|-------|-------------------|----------|

**March 24, 2004**

| 22452 | State v. Epps | Dismissed |
|-------|---------------|-----------|